# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1883
Lower Tribunal No. 2025-CC-014332-O

_____

FAN YANG,

Appellant,

v.

MAA WWARRS, LLC and MAA WINDERMERE,

Appellees.

_____

Appeal from the County Court for Orange County.
Andrew A. Bain, Judge.

November 26, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, MIZE and GANNAM, JJ., concur.


Fan Yang, Windermere, pro se.

Charles V. Barrett, IV, Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED